UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-5364 FMO (RAOx) | Date | October 13, 2020 |
|---|---|---|---|
| Title | Lenora Antoinette Stines v. BJC Touring, Inc. et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service

Having reviewed plaintiff's Response to Order to Show Cause (Dkt. 17), IT IS ORDERED THAT:

1. Plaintiff shall serve the subject defendants no later than **October 30, 2020**, and shall file proofs of service no later than **November 2, 2020**.

2. Plaintiff is admonished that failure to file proofs of service by the November 2, 2020, deadline shall result in the subject defendants being dismissed without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

3. BJC shall file a response to the Complaint by no later than **November 16, 2020**. If a response is not filed by BJC by the November 16, 2020 deadline, plaintiff must file a request for entry of default by **November 23, 2020**. Plaintiff is hereby put on notice that failure to seek entry of default by November 23, 2020, shall result in the dismissal of BJC. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

4. The Order to Show Cause Re: Dismissal Re: Lack of Prosecution, is hereby continued pending compliance with paragraphs one and three above.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |