THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
CA Bar No. 310526
Email: Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Plaintiff, LENORA ANTOINETTE STINES**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA ANTOINETTE STINES, an individual,<br>　　　　Plaintiff,<br>vs.<br><br>BJC TOURING, INC., a Delaware corporation;<br>BEYONCE KNOWLES-CARTER, an individual;<br>SHAWN CARTER, an individual; and<br>DOES 1 through 100, inclusive<br>　　　　Defendants. | Case No.: 2:20-cv-05364-FMO (RAOx)<br><br>[CORRECTED] PROOF OF SERVICE ON SHAWN CARTER |

　　　　COMES NOW Plaintiff, by and through undersigned counsel, and hereby files this Proof of Service on Defendant SHAWN CARTER.

　　Dated: November 2, 2020　　　　　　　　　　　　　　　s/Andrew Williams

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Andrew Williams SBN 310526<br>The Williams Law Group<br>6273 Sunset Dr Apt 3D<br>South Miami, FL 33143<br>ATTORNEY FOR  Plaintiff | (253) 970-1683 | |
| CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG<br>255 East Temple St.<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>Stines, Lenora Antoinette v. Carter, Shawn | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>2:20-cv-05364-FMO-RAO |
| **Declaration of Service** | | Ref. No. or File No:<br>Stines |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons and Complaint for Shawn Carter;**

On: **Shawn Carter**

I served the summons at:

**454 Cuesta Way   Los Angeles, CA 90077**

On: **10/26/2020**          Date:  **02:24 PM**

In the above mentioned action  by substituted service and leaving with

**John Doe  (Gender: M Age: 50 Height: 5'6 Weight: 150 Race: Caucasian Hair: Brown Other: )  -  Co - Occupant**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Erick Martin Salas**
  b. Address: **5437 Laurel Canyon Blvd. Suite 112, Valley Village, CA 91607**
  c. Telephone number: **888-962-9696**
  d. **The fee** for this service was: **95.00**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Erick Martin Salas          Date: **10/28/2020**

Declaration of Service                                                                                    Invoice #: 3953270-01

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Andrew Williams SBN 310526<br>The Williams Law Group<br>6273 Sunset Dr Apt 3D<br>South Miami FL 33143<br>ATTORNEY FOR   Plaintiff | (253) 970-1683<br><br>Ref. No. or File No.<br>Stines | |

| UNITED STATES DISTRICT COURT - CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG |
|---|
| 255 East Temple St. |
| Los Angeles, CA 90012 |

| SHORT TITLE OF CASE: |
|---|
| Stines, Lenora Antoinette v. Carter, Shawn |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 3953270-01 | | | | 2:20-cv-05364-FMO-RAO |

United States District Court

Declaration of Diligence

Person to Serve: Shawn Carter

Documents Received:

Summons and Complaint for Shawn Carter;

   I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Oct 21 2020  07:08PM**    454 Cuesta Way , Los Angeles, CA 90077; There is no answer at residence address.
**Oct 23 2020  10:05AM**    454 Cuesta Way , Los Angeles, CA 90077; There is no answer at residence address.
**Oct 25 2020  07:25PM**    454 Cuesta Way , Los Angeles, CA 90077; There is no answer at residence address.
**Oct 26 2020  02:24PM**    454 Cuesta Way , Los Angeles, CA 90077; Sub-Served on co-occupant at the back of the
                             property in which the address is, 440 Amapola Lane, Los Angeles Ca 90077.


Person attempting service:
  a. Name: Erick Martin Salas
  b. Address: 5437 Laurel Canyon Blvd. Suite 112, Valley Village, CA 91607
  c. Telephone number: 888-962-9696
  d. The fee for this service was: 95.00
  e. I am:
  (3) [X] a registered CA process server:
        (i) [X] Independent Contractor
        (ii) Registration No.: 25520-13   Expires:
        (iii) County: Los Angeles

CONTINUED ON NEXT PAGE

**Declaration of Diligence**

**Billing Code:** Stines

| PLAINTIFF/PETITIONER: Lenora Antoinette Stines | CASE NUMBER: 2:20-cv-05364-FMO-RAO |
|---|---|
| DEFENDANT/RESPONDENT: Shawn Carter | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

10/28/2020

Erick Martin Salas > 

**Declaration of Diligence**

**Billing Code:** Stines

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Andrew Williams SBN 310526<br>The Williams Law Group<br>6273 Sunset Dr Apt 3D<br>South Miami, FL 33143<br>ATTORNEY FOR  Plaintiff | **(253) 970-1683** | |

CENTRAL DISTRICT, LOS ANGELES - ROYBAL BLDG
255 East Temple St.
Los Angeles, CA 90012

SHORT TITLE OF CASE:
Stines, Lenora Antoinette v. Carter, Shawn

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:20-cv-05364-FMO-RAO |
|---|---|---|---|
| | **Declaration of Service by Mail** | | Ref. No. or File No:<br>Stines |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **10/26/2020**, I served the within:
**Summons and Complaint for Shawn Carter;**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Van Nuys**, California, addressed as follows:

**Shawn Carter**
**454 Cuesta Way   Los Angeles, CA 90077**

Declarant:

a. Name: **Erick Martin Salas**
b. Address: **5437 Laurel Canyon Blvd. Suite 112, Valley Village, CA 91607**
c. Telephone number: **888-962-9696**
d. **The fee** for this service was: **95.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Erick Martin Salas                                                    Date: **10/28/2020**

Declaration of Service by Mail                                         Invoice #: 3953270-01