THE WILLIAMS LAW GROUP
Andrew Williams, Esq.
Attorney for Plaintiff
6273 Sunset Drive
Suite D3
South Miami, Florida 33143
Telephone: (253) 970-1683
CA Bar No. 310526
Email:  Andrew@TheWilliamsLG.com
Secondary Email: WilliamsLawFlorida@gmail.com

**Attorney for Plaintiff, LENORA ANTOINETTE STINES**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LENORA ANTOINETTE STINES, an individual, )
       Plaintiff, )
vs. )
 )
BJC TOURING, INC., a Delaware corporation; )
BEYONCE KNOWLES-CARTER, an individual; )
SHAWN CARTER, an individual; and )
DOES 1 through 100, inclusive )
 )
      Defendants. )

Case No.: 2:20-cv-05364-FMO (RAOx)

**PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE**

Complaint Filed: June 16, 2020

Judge: Honorable Fernando M. Olguin

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT:

1.  Plaintiff LENORA ANTOINETTE STINES ("Dr. Stines"), hereby voluntarily dismisses Defendants BJC TOURING, INC., BEYONCE KNOWLES-CARTER, SHAWN CARTER, and DOES 1 through 100(the "Defendants") without prejudice.

2.  The Plaintiff and the Defendants shall each bear their own costs and attorneys' fees.

Dated this 16th day of November 2020.

Respectfully submitted,                    THE WILLIAMS LAW GROUP


                                           BY: _/s/Andrew Williams_____
                                                Andrew Williams, Esq.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of November 2020, a copy of the foregoing **PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS WITHOUT PREJUDICE**, was served via the CM/ECF system on all parties and counsel of record.

Dated this 16th day of November 2020.

Respectfully submitted,             THE WILLIAMS LAW GROUP


BY:   /s/Andrew Williams_____
        Andrew Williams, Esq.